| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| SHELYA RICHARDSON, ) | 49D04 1606CT020535 |
| Plaintiff, ) | |
| ) | FILED |
| v. ) | |
| ) | JUN 06 2016 |
| WARREN HARBOR APARTMENTS, ) | |
| LLC and WARREN HARBOR LLC, ) | Myla A. Eldridge |
| ) | CLERK OF THE MARION CIRCUIT COURT |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Plaintiff Shelya Richardson, by counsel, for her Complaint for Damages against Warren Harbor Apartments, LLC and Warren Harbor LLC, (hereinafter "Defendants" or "Warren Harbor Apartments"), states and alleges:

### JURISDICTION AND VENUE

1. Jurisdiction and venue are proper in this court because the events or omissions giving rise to Plaintiff's claims arose and took place in Marion County, Indiana; and because all parties are either citizens of the State of Indiana or conduct business in the State of Indiana in Marion County, Indiana.

### PARTIES

2. At all relevant times herein, Plaintiff Shelya Richardson (hereinafter "Plaintiff" or "Richardson") was a resident of the State of Indiana and a resident at 2130 Yorkshire Court, #407, Indianapolis, Indiana 46227, of Warren Harbor Apartments in the County of Marion.

**EXHIBIT 1**

3. Defendant Warren Harbor LLC is a domestic limited liability company which is registered to do business within the State of Indiana.

4. Defendant Warren Harbor Apartments, LLC is a foreign limited liability company which is registered to do business within the State of Indiana and conducts Business by operating an apartment complex within the territorial jurisdiction of this Court.

## FACTUAL BACKGROUND

5. Plaintiff Richardson became a tenant of the Warren Harbor Apartments in July 2014.

6. Plaintiff Richardson complained to Defendants on numerous occasions regarding the moldy condition of her apartment, as well as other inhabitable conditions. Plaintiff ultimately contacted the Marion County Board of Health who inspected her apartment on February 13, 2015, and resulted in the Marion County Health Department serving notices of violations on February 16, 2015.

7. Plaintiff Richardson was exposed to elevated and dangerous levels of mold, bacteria, and/or fungi, which Warren Harbor Apartments had allowed to infiltrate and/or accumulate within the building and had failed to mitigate.

8. Plaintiff Richardson's premises was infested with rats and/or mice which Warren Harbor Apartments had allowed to infiltrate and/or accumulate within the building and had failed to mitigate.

9. As a direct result of Plaintiff's exposure to elevated and dangerous levels of mold, bacteria, and/or fungi in her apartment as well as rats and/or mice, Plaintiff became ill and was

diagnosed with a serious respiratory condition caused by her repeated exposure to contaminants in the Warren Harbor Apartments building.

10. Plaintiff Richardson commenced non-payment of rent while awaiting mitigation of the dangerous conditions and Warren Harbor Apartments filed for eviction of Plaintiff Richardson in the Warren Township Division of the Marion County Small Claims Court. On May 6, 2015, Judge Graves allowed Plaintiff Richardson to vacate the premises and was not evicted and was not ordered to pay the past due rent.

## LIABILITY AND DAMAGES

11. Warren Harbor Apartments owed Plaintiff a duty of care to maintain and operate its apartment premises in a manner that would promote the health and safety of its tenants, like Plaintiff, who resided in Warren Harbor Apartments. This duty includes, without limitation, the duty to prevent contaminants, mold, bacteria, and/or fungi from infiltrating, growing and multiplying within its building and ventilation systems; and a duty to prevent the infestation of the premises by rats and/or mice.

12. Warren Harbor Apartments breached its duty by failing to maintain the building where Plaintiff lived in a manner that would prevent the presence and/or accumulation of contaminants, mold, bacteria and/or fungi, and those substances did in fact infiltrate, grow and develop in Warren Harbor Apartment's building and apartment wherein Plaintiff lived.

13. Warren Harbor Apartments breached its duty by failing to maintain the building where Plaintiff lived in a manner that would prevent the presence and/or accumulation of rats and/or mice, and those pests did in fact infiltrate and reproduce in Warren Harbor Apartment's building and apartment wherein Plaintiff lived.

3

14. As a direct result of Warren Harbor Apartment's carelessness and/or negligence in failing to safely maintain its premises for its residents like Plaintiff, Plaintiff has suffered or incurred serious personal injury, permanent medical problems, medical expenses in the past and in the future, out of pocket expenses, mental and emotional distress and anguish, and a loss of enjoyment of life in that she can no longer engage in certain activities which have enriched and nourished her life in the past.

WHEREFORE, Plaintiff prays she be awarded damages sufficient to compensate her for all damages allowed by law, for costs of this action, including attorney's fees, and for all other appropriate relief.

Respectfully submitted,

MACEY SWANSON and ALLMAN

Joseph E. Allman #17214-28
Attorney for Plaintiff
Shelya Richardson

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
www.maceylaw.com

## JURY DEMAND

Plaintiff demands this cause of action be tried to a jury.

Respectfully submitted,

MACEY SWANSON AND ALLMAN

_____
Joseph E. Allman, #17214-28

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Tele: (317)637-2345
Fax: (317)637-2369